IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BOBBY GENE KILGORE,**
    Petitioner,

vs.                                                              **3:02cv402/MCR/MD**

**JAMES V. CROSBY, JR.,**
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 2, 2005. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. Bobby Gene Kilgore*, in the Circuit Court of Escambia County, Florida, case no. 97-0856, is DENIED and the clerk is directed to close the file.

    DONE AND ORDERED this 1st day of July, 2005.

                                       s/ *M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**